Michelle K. Fossum, ISB #7860
Sayre Sayre & Fossum, P.S.
201 W. North River Dr., Suite #460
Spokane, WA 99201
Tel: (509) 325-7330
Fax: (509) 325-7334
michelle@sayrelaw.com
gina@sayrelaw.com

J. Roderik Stephens, WSBA #14538
The Stephens Law Firm
437 29th Street NE, Suite G, Office C
Puyallup, WA 98372
Tel: (253) 863-2525
rod@stephenslawfirm.com
kathryn@stephenslawfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO NORTHERN DISTRICT

| | |
|---|---|
| CHRISTIE M. BOSS, | |
| Plaintiff, | No. **2:20-cv-00405-DCN** |
| vs. | **NOTICE OF SETTLEMENT AND DISPUTE** |
| LaRIVIERE, INC., an Idaho for profit corporation, and THOMAS LaRIVIERE, III, a married man, | |
| Defendants. | |

NOTICE OF SETTLEMENT AND DISPUTE. . .P. 1

SAYRE SAYRE & FOSSUM ATTORNEYS AT LAW
201 W. North River Dr., Suite 460  Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334

Plaintiff Christie Boss, by and through her counsel of record, notifies the Court as follows: On April 29, 2022, the parties engaged in mediation utilizing the services of attorney Thomas W. McLane ("McLane"). As part of the mediation process, McLane submitted a written mediator's proposal to both parties. According to the mediator, both parties agreed to the mediator's proposal. A copy of an email from Thomas McLane to the parties is attached hereto as Exhibit A. Defendants now contend that they did not agree to the mediator's proposal.

Between April 29, 2022 and the present date, the parties have attempted to agree on the terms of the Settlement Agreement, without success. The written mediator's proposal stated, in part, that "[t]he mediator will resolve any & all disputes regarding the contents of a Release and Settlement Agreement & compliance with the same." Plaintiff has invoked the dispute resolution provision of the mediator's proposal and asked McLane to resolve the disputed provisions of the Settlement Agreement.

Plaintiff's videotaped deposition was scheduled to occur on Wednesday, May 18, 2022. Plaintiff's counsel has informed defense counsel that Ms. Boss will not appear for the deposition in light of the parties' acceptance of the mediator's settlement proposal. It is anticipated

that the mediator will resolve the disputed terms of the Agreement within the next several days.

Dated this 17th day of May, 2022.

**SAYRE SAYRE & FOSSUM, P.S.**

By  */s/ Michelle K. Fossum*
Michelle K. Fossum, ISBA# 7860
Attorneys for Plaintiff Christie Boss

**THE STEPHENS LAW FIRM**

By  */s/ J. Roderik Stephens*
J. Roderik Stephens, WSBA #14538
Attorneys for Plaintiff Christie Boss

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Idaho that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

>Kara Heikkila, ISBA #8090
>Amy Mensik, WSBA #44258
>Witherspoon Kelley
>608 Northwest Blvd., Suite #300
>Coeur d'Alene, ID 83814
>klh@witherspoonkelley.com
>amm@witherspoonkelley.com

I also certify that on the 17th day of May, 2022, I caused the foregoing to be served via electronic mail to:

>J. Roderik Stephens, WSBA #14538
>The Stephens Law Firm
>424 29th St. NE, Suite D
>Puyallup, WA 98372
>rod@stephenslawfirm.com
>kathryn@stephenslawfirm.com

Dated this 17th day of May, 2022, at Spokane, Washington.

>/s/Gina Christensen
>Gina Christensen, Paralegal
>Sayre Sayre & Fossum, P.S.
>201 W. North River Dr., Ste. #460
>Spokane, WA 99201
>Tel: (509)-325-7330
>Fax: (509)-325-7334
>gina@sayrelaw.com

# EXHIBIT A

## Michelle Fossum

**From:** Tom McLane <twm@twmclanelaw.com>
**Sent:** Tuesday, May 17, 2022 10:51 AM
**To:** Michelle Fossum
**Cc:** Kara L. Heikkila; Amy M. Mensik; Rod Stephens
**Subject:** RE: Boss v. LaRiviere et al

Counsel:

All parties agreed to the April 29 Mediator's Proposal. Ms. Heikkila had asked about a payment plan when they were considering my Proposal.

I told those present in the defense room that the language in the Proposal gave me authority to set the terms, other than the settlement amount, including a payment plan. There is no doubt that a payment plan would have been imposed if the parties had not been able to reach agreement on a payment plan.

I told the parties that I would not be involved in the discovery deadlines and that I would let the parties negotiate language. If they could not reach agreement, then per the Mediator's Proposal I would step in.