Michelle K. Fossum, ISB #7860
Sayre Sayre & Fossum, P.S.
201 W. North River Dr., Suite #460
Spokane, WA 99201
Tel: (509) 325-7330
Fax: (509) 325-7334
michelle@sayrelaw.com
gina@sayrelaw.com

J. Roderik Stephens, WSBA #14538
The Stephens Law Firm
437 29th Street NE, Suite G, Office C
Puyallup, WA 98372
Tel: (253) 863-2525
rod@stephenslawfirm.com
kathryn@stephenslawfirm.com

The Honorable David C. Nye

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO NORTHERN DISTRICT

| | |
|---|---|
| CHRISTIE M. BOSS,  Plaintiff, | No. 2:20-cv-00405-DCN |
| vs. | **NOTICE OF DISASSOCIATION** |
| LaRIVIERE, INC., an Idaho for profit corporation, and THOMAS LaRIVIERE, III, a married man, Defendants. | |

TO:       Clerk of the Court

AND TO:   Kara Heikkila and Amy Mensik, Counsel for Defendants:

PLEASE BE ADVISED that Laura J. Black is no longer an attorney with Sayre Sayre & Fossum, P.S., and is no longer an attorney of record in the above matter.

DATED this 27th day of June, 2022.

                      **SAYRE SAYRE & FOSSUM, P.S.**

                      By: *Michelle K. Fossum*
                      Michelle K. Fossum, WSBA #20249
                      Attorneys for Plaintiff Christie Boss
NOTICE OF DISASSOCIATION (2:20-cv-00405)....P. 2



201 W. North River Dr., Suite 460  Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Idaho that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Kara Heikkila, ISBA #8090
Amy Mensik, WSBA #44258
Witherspoon Kelley
608 Northwest Blvd., Suite #300
Coeur d'Alene, ID 83814
klh@witherspoonkelley.com
amm@witherspoonkelley.com

J. Roderik Stephens, WSBA #14538
The Stephens Law Firm
424 29th St. NE, Suite D
Puyallup, WA 98372
rod@stephenslawfirm.com
kathryn@stephenslawfirm.com

Dated this 28th day of June, 2022, at Spokane, Washington.

/s/Gina Christensen
Gina Christensen, Paralegal

NOTICE OF DISASSOCIATION (2:20-cv-00405) . . . .P. 3



201 W. North River Dr., Suite 460  Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334