WILLIAM M. SYMMES, ISB No. 5180
AMY M. MENSIK, *Pro Hac Vice*
HAWLEY TROXELL ENNIS & HAWLEY, LLP
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Telephone:     (509) 624.5265
Email: amensik@hawleytroxell.com
         wsymmes@hawleytroxell.com

*Attorneys for Defendants*

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| CHRISTIE M. BOSS,<br><br>    Plaintiff,<br><br>vs.<br><br>LaRIVIERE, INC., an Idaho for profit corporation, and THOMAS LaRIVIERE, III, a married man,<br><br>    Defendants: | NO. 2:20-cv-00405-DCN<br><br>NOTICE OF CHANGE OF FIRM<br><br>[Clerk Action Required] |

TO:     CLERK OF COURT

and:

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Amy M. Mensik has moved from the Witherspoon Kelley law firm to the Hawley Troxell law firm. Ms. Mensik remains as counsel for Defendants LaRiviere, Inc. and THOMAS LaRiviere, III.

You are hereby directed to serve all future pleadings and papers, except for original process, on the above-named counsel at the following address:

Notice of Change of Firm - 1                         **Hawley Troxell Ennis & Hawley LLP**
                                                      422 WEST RIVERSIDE AVENUE, SUITE 1100
                                                      SPOKANE, WASHINGTON 99201-0302
                                                      (509) 624-5265

Amy M. Mensik
Hawley Troxell Ennis & Hawley LLP
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
amensik@hawleytroxell.com

RESPECTFULLY SUBMITTED this 9th day of February, 2023.

                                              HAWLEY TROXELL ENNIS & HAWLEY, LLP

                                              */s/ Amy M. Mensik*
                                              William M. Symmes, ISB No. 5180
                                              Amy M. Mensik, *Pro Hac Vice*

Notice of Change of Firm - 2

**Hawley Troxell Ennis & Hawley LLP**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

CERTIFICATE OF SERVICE

I CERTIFY that on this 9th day of February, 2023, I emailed and caused to be served, the foregoing, to the following:

Michelle K. Fossum
SAYRE SAYRE & FOSSUM, P.S
201 W. North River Dr., Suite #460
Spokane, WA 99201
Email: michelle@sayrelaw.com

J. Roderick Stephens
The Stephens Law Firm
437 29th Street NE, Suite G, Office C
Puyallup, WA 98372
Email: rod@stephenslawfirm.com

/s/ Amy M. Mensik
Amy M. Mensik, *Pro Hac Vice*

Notice of Change of Firm - 3

**Hawley Troxell Ennis & Hawley LLP**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265