IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTIE M. BOSS,<br><br>            Plaintiff,<br><br>v.<br><br>LaRIVIERE, INC., an Idaho for profit corporation, and THOMAS LaRIVIERE, III, a married man,<br><br>            Defendants. | No.  2:20-cv-00405-DCN<br><br>**ORDER RE NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEY WITHIN THE FIRM** |

    BEFORE THE COURT is the Notice of Withdrawal and Substitution of Attorney Within the Firm effective November 30, 2022, noticing the substitution of Amy Mensik for Kara Heikkila at Witherspoon Kelley on behalf of the Defendants. Ms. Mensik will continue to represent the Defendants with client consent. This withdrawal and substitution is approved.

    The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED: March 1, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1