AMY M. MENSIK, *Pro Hac Vice*
WILLIAM M. SYMMES, ISB No. 5180
HAWLEY TROXELL ENNIS & HAWLEY LLP
422 W. Riverside Ave., Ste. 1100
Spokane, Washington 99201
Telephone:     (509) 624-5265
Facsimile:     (509) 458-2728
Email:  amensik@hawleytroxell.com
Email:  wsymmes@hawleytroxell.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO, NORTHERN DISTRICT

| | |
|---|---|
| CHRISTIE M. BOSS,<br><br>                    Plaintiff,<br><br>v.<br><br>LaRIVIERE, INC., an Idaho for profit corporation, and THOMAS LaRIVIERE, III, a married man,<br><br>                    Defendants. | No.  2:20-cv-00405-DCN-DKG<br><br>MOTION FOR ORDER RE: NON-DISCOVERABILITY AND NON-ADMISSIBLITY OF MEDIATOR AND MEDIATION-RELATED EVIDENCE |

Defendants Thomas LaRiviere, III, and LaRiviere, Inc. ("Defendants"), by and through their undersigned counsel, Hawley Troxell, move and ask this Court for an Order granting Defendants' Motion for Order re: Non-Discoverability and Non-Admissibility of Mediator and Mediation-Related Evidence ("Motion").

This Motion is based upon the Parties' Stipulation and Limited Consent to Referral to Magistrate Judge Grasham for Resolution of Threshold Discovery and Evidentiary Issues (Dkts. 65–67), the Court's briefing scheduling regarding the same (Dkt. 68), and the bases set forth in Defendants' concurrently submitted Defendants' Memorandum in Support of Motion for Order re:

DEFS.' MOTION RE: EXCLUDING MEDIATION DISCOVERY AND EVIDENCE – Page 1

Non-Discoverability and Non-Admissibility of Mediator and Mediation-Related Evidence and supporting Declaration of Amy M. Mensik thereto.

Respectfully submitted this 21st day of July, 2023.

HAWLEY TROXELL ENNIS & HAWLEY LLP

/s/Amy M. Mensik
Amy M. Mensik, *Pro Hac Vice*
William M. Symmes, ISB No. 5180
*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 21, 2023, I caused the foregoing to be filed electronically through the

CM/ECF system, which caused the following parties or counsel to be served by electronic means.

Michelle K. Fossum
SAYRE SAYRE & FOSSUM, P.S.
201 W. North River Dr., Suite 460
Spokane, WA  99201
michelle@sayrelaw.com

J. Roderik Stephens
THE STEPHENS LAW FIRM
437 29th St. NE, Suite G, Office C
Puyallup, WA 98371
rod@stephenslawfirm.com

*Attorneys for Plaintiff*

<u>/s/Amy M. Mensik</u>
Amy M. Mensik, *Pro Hac Vice*

DEFS.' MOTION RE: EXCLUDING MEDIATION DISCOVERY AND EVIDENCE – Page 3