William M. Symmes, ISB #5180
Amy M. Mensik, *Pro Hac Vice*
WILLIAMS KASTNER & GIBBS, PLLC
601 W. Riverside Avenue, Suite 800
Spokane, Washington 99201
Telephone:     (509) 609-3280
Email: wsymmes@williamskastner.com
          amensik@williamskastner.com

*Attorneys for Defendants*

J. Roderik Stephens, WSBA #14538
SYNERGISTIC LAW
437 29th Street NE, Suite G, Office C
Puyallup, WA 98372
Telephone: (253) 863-2525
Email: rod@synergisticlaw.com

Michelle K. Fossum, ISB #7860
SAYRE SAYRE & FOSSUM, P.S.
201 W. North River Dr., Suite #460
Spokane, WA   99201
Telephone: (509) 325-7330
Fax: (509) 325-7334
Email: michelle@sayrelaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO, NORTHERN DISTRICT

| | |
|---|---|
| CHRISTIE M. BOSS,<br><br>        Plaintiff,<br><br>  v.<br><br>LaRIVIERE, INC., an Idaho for profit corporation; and THOMAS LaRIVIERE, III, a married man,,<br><br>        Defendant. | NO. 2:20-CV-00405-DCN<br><br>STIPULATED MOTION TO CONTINUE CERTAIN REMAINING CASE SCHEDULE DEADLINES |

STIPULATED MOTION TO CONTINUE CERTAIN
REMAINING CASE SCHEDULE DEADLINES - 1

**Williams, Kastner & Gibbs PLLC**
601 W. Riverside Avenue, Suite 800
Spokane, WA 99201
(509) 609-3820

4915-8507-9556.2

IT IS HEREBY STIPULATED, JOINTLY REQUESTED, AND AGREED by and between the Parties and through their respective counsel that subject to the approval of the Court, and for good cause showing, that the following remaining case schedule deadlines in the Second Scheduling Order, Dkt. 79 ("Order"), be continued on the terms specified for a duration of approximately thirty (30) days:

1. **Completion of Deposition Factual Discovery (Depositions Only).** The deadline for completing discovery—for purposes of concluding factual depositions only—be extended from December 20, 2024 to **January 21, 2025**. Dkt. 79 at 3 ¶ 6. The Parties are not requesting extension of the present December 20, 2024 deadline as it relates to timing and completion of written/documentary discovery requests, which deadline (and conditions thereto) shall remain December 20, 2024, per the present Order. *See id.*

2. **Dispositive Motion Deadline.** The deadline for filing dispositive motions be extended from January 17, 2025, to **February 17, 2025**. Dkt. 79 at 1 ¶ 1.

3. **Expert Discovery.** The deadline for completing expert discovery be extended from February 6, 2025, to **March 11, 2025**. Dkt. 79 at 3 ¶ 7.d.

This extension is necessary as the Parties are diligently pursuing and are in the process of concluding depositions of factual witnesses in this matter, including third parties; however, the Parties have faced challenges securing schedules for depositions due to the cumulative impacts of the Thanksgiving, Christmas, and New Year's season on witnesses' accessibility and availability. The Parties and counsel are sensitive to minimizing disruption during this season to such persons, particularly to third parties, and therefore request this brief extension to provide some distance from the holiday season to accommodate such persons and situation while allowing the Parties to finalize remaining matters.

STIPULATED MOTION TO CONTINUE CERTAIN
REMAINING CASE SCHEDULE DEADLINES - 2

**Williams, Kastner & Gibbs PLLC**
601 W. Riverside Avenue, Suite 800
Spokane, WA 99201
(509) 609-3820

4915-8507-9556.2

Additionally, the Parties continue to pursue informal attempts to mutually resolve this matter; this requested extension period, particularly away from the holidays' impact, will help the Parties and counsel continue to devote efforts to mutual resolution.

The Parties themselves are aware of and approve of this extension.

The Parties hereby jointly request a revised scheduling order for the deadlines and on terms specified above. A proposed order (Word) will follow to DCN_Orders@id.uscourts.gov.

DATED this 6th day of December, 2024.

/s/Amy M. Mensik
Amy M. Mensik, Pro Hac Vice
William M. Symmes, ISB #5180
Attorneys for Defendants
WILLIAMS, KASTNER & GIBBS PLLC
601 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Telephone: (509) 609-3820
Fax: (206) 628-6611
Email: amensik@williamskastner.com
wsymmes@williamskastner.com

/s/ Electronically approved
J. Roderik Stephens, WSBA #14538
SYNERGISTIC LAW
Attorneys for Plaintiff
437 29th Street NE, Suite G, Office C
Puyallup, WA 98372
Telephone: (253) 863-2525
Email: rod@synergisticlaw.com

/s/ Electronically approved
Michelle K. Fossum, ISB #7860
SAYRE SAYRE & FOSSUM, P.S.
Attorney for Plaintiff
201 W. North River Dr., Suite #460
Spokane, WA  99201
Telephone: (509) 325-7330
Fax: (509) 325-7334
Email: michelle@sayrelaw.com

STIPULATED MOTION TO CONTINUE CERTAIN REMAINING CASE SCHEDULE DEADLINES - 3

**Williams, Kastner & Gibbs PLLC**
601 W. Riverside Avenue, Suite 800
Spokane, WA 99201
(509) 609-3820

4915-8507-9556.2

## CERTIFICATE OF SERVICE

I CERTIFY that on this 6th day of December, 2024, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Michelle K. Fossum
SAYRE SAYRE & FOSSUM, P.S.
201 W. North River Dr., Suite #460
Spokane, WA 99201
Email: michelle@sayrelaw.com

J. Roderick Stephens
Synergistic Law
437 29th Street NE, Suite G, Office C
Puyallup, WA 98372
Email: rod@synergisticlaw.com

                                            _/s/ Amy M. Mensik_
                                            Amy M. Mensik

STIPULATED MOTION TO CONTINUE CERTAIN
REMAINING CASE SCHEDULE DEADLINES - 4

**Williams, Kastner & Gibbs PLLC**
601 W. Riverside Avenue, Suite 800
Spokane, WA 99201
(509) 609-3820

4915-8507-9556.2