IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTIE M. BOSS,<br><br>             Plaintiff,<br><br>v.<br><br>LaRIVIERE, INC., an Idaho for-profit corporation, and THOMAS LaRIVIERE, III, a married man,<br><br>             Defendants. | No. 2:20-cv-00405-DCN<br><br>**ORDER ADOPTING STIPULATED MOTION TO CONTINUE CERTAIN REMAINING CASE SCHEDULE DEADLINES** |

Pursuant to the Parties' Stipulated Motion to Continue Certain Remaining Case Schedule Deadlines (Dkt. 80) ("Stipulated Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the terms of the Stipulated Motion (Dkt. 80) entered into by the Parties shall be, and hereby is, APPROVED as follows:

1. The deadline for purposes of completing factual discovery depositions is continued from December 20, 2024, to January 21, 2025. The present December 20, 2024 factual discovery deadline will remain in place for the timing and completion of written and documentary discovery requests, per the current Second Scheduling Order. Dkt. 79 at 3.

2. The deadline for filing dispositive motions is continued from January 17, 2025, to February 17, 2025.

3. The deadline for expert discovery is continued from February 6, 2025, to March 11, 2025.

DATED: December 6, 2024

David C. Nye  
Chief U.S. District Court Judge

ORDER - 1